# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MAGNACHARGE LLC,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>SAMSUNG ELECTRONICS CO., LTD.,<br>SAMSUNG ELECTRONICS AMERICA, INC.<br>and HARMAN INTERNATIONAL<br>INDUSTRIES, INC.,<br><br>　　　　　　Defendants. | C.A. No. 19-702-LPS<br><br>JURY TRIAL DEMANDED |

## DEFENDANTS' MOTION TO DISMISS PLAINTIFF'S COMPLAINT

　　Defendants hereby move for dismissal of Plaintiff's Complaint pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure for failing to state a claim upon which relief may be granted. The grounds in support of this motion are set forth fully in Defendants' Opening Brief in Support of their Motion to Dismiss Plaintiff's Complaint, filed contemporaneously.

September 12, 2019

*Of Counsel*:

ARNOLD & PORTER KAYE
SCHOLER LLP

Matthew M. Wolf
Ali R. Sharifahmadian
Jin-Suk Park
601 Massachusetts Ave., NW
Washington, D.C. 20001-3743
(202) 942-5000
matthew.wolf@arnoldporter.com
ali.sharifahmadian@arnoldporter.com
jin.park@arnoldporter.com

Respectfully submitted,

YOUNG CONAWAY STARGATT &
TAYLOR, LLP

*/s/ Adam W. Poff*
Adam W. Poff (#3990)
Pilar G. Kraman (#5199)
Rodney Square
1000 North King Street
Wilmington, DE 19801
(302) 571-6600
apoff@ycst.com
pkraman@ycst.com

*Counsel for Defendants Samsung Electronics
Co., Ltd., Samsung Electronics America, Inc.,
and Harman International Industries, Inc.*

2

## **CERTIFICATE OF SERVICE**

I, Adam W. Poff, hereby certify that on September 12, 2019, I caused to be electronically filed a true and correct copy of the foregoing document with the Clerk of the Court using CM/ECF, which will send notification that such filing is available for viewing and downloading to the following counsel of record:

> Timothy Devlin, Esquire
> James M. Lennon, Esquire
> Devlin Law Firm LLC
> 1526 Gilpin Avenue
> Wilmington, DE 19806
> *tdevlin@devlinlawfirm.com*
> *jlennon@devlinlawfirm.com*
>
> *Attorneys for Plaintiff*

I further certify that on September 12, 2019, I caused a true and correct copy of the foregoing document to be served by e-mail on the above-listed counsel of record.

>               YOUNG CONAWAY STARGATT
>                & TAYLOR, LLP
>
>               */s/ Adam W. Poff*
>               Adam W. Poff (No. 3990)
>               Pilar G. Kraman (No. 5199)
>               Rodney Square
>               1000 North King Street
>               Wilmington, Delaware  19801
>               (302) 571-6600
>               *apoff@ycst.com*
>               *pkraman@ycst.com*
>
>               *Attorneys for Defendants*